UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

DANIEL L. POHLE,                                  )
                                                  )
                         Plaintiff,               )
                                                  )
              v.                                  )      No. 4:23-cv-00116-TWP-KMB
                                                  )
JOSEPH R. BIDEN,                                  )
UNITED STATES SUPREME COURT,                      )
INDIANA SUPREME COURT,                            )
UNITED NATIONS COMMISSION ON                      )
INTERNATIONAL TRADE LAW,                          )
                                                  )
                         Defendants.              )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL**

**JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED**

**WITH PREJUDICE**.

    **SO ORDERED.**

    Date: 11/8/2023

                                            _____
                                            Hon. Tanya Walton Pratt, Chief Judge
                                            United States District Court
    Roger A.G. Sharpe, Clerk                Southern District of Indiana

    BY: _____
        Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF and by U.S. mail to:

DANIEL L. POHLE
1280 N CR 500 E
Butlerville, IN 47223